AUSA Pakiz

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America <br> v. <br> Francisco RUELLAS-GONZALEZ <br><br> *Defendant(s)* | Case No. 2:23-mj-146 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 7, 2023__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Possess with Intent to Distribute a mixture or subtance containing a detectable amount of fentanyl, a schedule II controlled substance |
| 18 USC 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit, incorporated in reference herein

☑ Continued on the attached sheet.

*Complainant's signature*

DEA Task Force Officer J. Smith
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/8/2023

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacob Smith, (hereinafter referred to as the Affiant) being duly sworn, depose and state:

1. I am currently employed as a Sergeant for the Franklin County Sheriff's Office, currently assigned as a Task Force Officer with the Drug Enforcement Administration (DEA) Columbus District Office. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code (U.S.C.) § 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18, U.S.C. § 2516. Your Affiant is empowered to investigate, to make arrests with or without warrants and to execute search warrants under the authority of Title 21, U.S.C. § 878 and the Ohio Revised Code. Since 2013, your Affiant has been employed with the Franklin County Sheriff's Office. Prior to that employment, your Affiant was employed with multiple law enforcement agencies within the State of Ohio for approximately three years. Those law enforcement agencies include the Village of Obetz Police Department as a full-time Officer, Sharon Township Police Department as a part-time Officer and the Westerville Police Department as a reserve Officer.

2. Prior to being assigned to the DEA Task Force in February 2019, your Affiant was a Detective with the Franklin County Sheriff's Office (FCSO), Special Investigations Unit and had been assigned to that unit since July 2014. Your Affiant, while assigned to the Special Investigations Unit, has conducted or participated in numerous state and federal narcotics investigations concerning the possession and distribution of controlled substances. Your Affiant was also assigned to the FCSO Heroin Overdose Prevention and Education (H.O.P.E) Task Force where I conducted numerous criminal investigations pertaining to fatal and non-fatal overdoses, these investigations resulted in convictions in Franklin County Common Pleas Court and United States District Court, Southern District of Ohio.

3. As a DEA Task Force Officer, I have participated in numerous investigations which have resulted in the successful prosecution of individuals and organizations involved in trafficking heroin, cocaine, cocaine base ("crack"), marijuana, methamphetamine and other controlled substances. Through the course of these investigations, I have personally interviewed confidential sources and other persons involved in the distribution of illegal narcotics. I have also interviewed persons arrested for the distribution of illegal narcotics. I have spoken with more experienced narcotics investigators with whom I have worked concerning the practices of narcotics traffickers and the best investigative methods to use when conducting investigations of narcotics trafficking organizations. Through the course of my investigations and through my conversations with more experienced narcotics investigators, I have become familiar with the methods and means utilized by persons who participate in the illegal distribution of controlled substances

## PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a federal arrest warrant and complaint against **Francisco RUELLAS-GONZALEZ** (hereinafter referred to as "RUELLAS-GONZALEZ"). My knowledge of this investigation is based upon my own personal observations, as well as the observations and investigation conducted by other law enforcement officers knowledgeable of the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that RUELLAS-GONZALEZ has committed a violation of Title 21, United States Code (U.S.C) Section 846 did knowingly and intentionally conspire to possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, which is a Schedule II controlled substance; and Title 18 United States Code (U.S.C.); and 18 U.S.C. Section 922(g)(1) being a felon in possession of a firearm.

## FACTS SUPPORTING PROBABLE CAUSE

2. On March 6, 2023, Franklin County Municipal Court Judge Jessica G. D'Varga authorized a State of Ohio search warrant for 6862 Clearhurst Drive in Columbus a residence identified as a storage location for drugs which has been accessed by RUELLAS-GONZALEZ and Jaime RENTERIA during this investigation.

3. Specifically, on March 6, 2023 investigators observed RENTERIA arrive at the 6862 Clearhurst Drive apartment. Upon exiting the stairwell, which leads to the 6862 Clearhurst Drive apartment, investigators observed RENTERIA carrying a black plastic bag which appeared to be heavy. On the same date, investigators monitored a surveillance platform deployed in the area of 6862 Clearhurst Drive. While monitoring, investigators observed RUELLAS-GONZALEZ arrive at the 6862 Clearhurst Drive apartment, walk up the stairwell which leads to the apartment. After a brief amount of time, RUELLAS-GONZALEZ exited the stairwell, returned to his vehicle and left the area. Upon leaving the apartment complex, RUELLAS-GONALEZ's vehicle traveled back to 4642 Athalia Drive which was discovered using an electronic surveillance device fixed to RUELLAS-GONZALEZ' vehicle.

4. On March 7, 2023 at approximately 10:02 a.m., the Franklin County Sheriff's Office (FCSO) SWAT team assisted the Special Investigations Unit with executing the search warrant at the 6862 Clearhurst Drive residence. During execution, no individuals were located in the apartment. Furthermore, there was limited furniture throughout the residence and the electricity was not functional. While searching the residence investigators located numerous used empty clear plastic packages. Your Affiant knows, based on training and experience, these types of plastic packages are commonly used to store and transport pound to kilogram quantities of illicit controlled substances. Additionally, investigators located 30 gross grams of a substance which field tested presumptive positive for fentanyl. Investigators also located approximately 291 gross grams of a substance suspected to be fentanyl which was found packaged with the 30 gross grams of fentanyl.

5. On the same date at approximately 12:48 p.m., the Franklin County Sheriff's Office (FCSO) SWAT team assisted the Special Investigations Unit with executing the search warrant at 4642 Athalia Drive which is the residence of individuals to include RENTERIA and RUELLAS-GONZALEZ. During execution of the warrant, RENTERIA and RUELLAS-GONZALEZ were apprehended upon attempting to flee from the residence through the rear sliding door upon SWAT making their announcement and approach.

6. While conducting the search of the 4642 Athalia Drive residence, investigators located items to include, approximately 50 pounds of a green substance suspected to be marijuana, tablets scored as Oxycodone 30 milligram tablets, a brown substance suspected to be heroin, a large amount of United States currency held together with rubber bands within a backpack inside the bedroom closet, a Smith & Wesson handgun and approximately 187 gross grams of a substance which field tested presumptive positive for fentanyl. All of the aforementioned items were located within a bedroom inside the residence where investigators located documentation associated with Jaime RENTERIA within the same bedroom.

7. Additionally, law enforcement located a black handgun consistent with the appearance of a Glock which did not appear to bear a serial number, United States currency in various denominations and approximately two different clear plastic bags containing a chunk of a hard white substance suspected to be fentanyl which were found in the room RUELLAS-GONZALEZ later confirmed was his bedroom. It should be noted, investigators attempted to conduct a field test on the substances suspected to be fentanyl using a TruNarc field test. During this field test the results determined an inconclusive result. Although the field test was inconclusive, your Affiant has learned from law enforcement, that at times the TruNarc field test will record an inclusive result for drugs to include fentanyl and cocaine.

8. Following RUELLAS-GONZALEZ's arrest, he (RUELLAS-GONZALEZ) was provided the opportunity to be interviewed by investigators. RUELLAS-GONZALEZ was provided his Miranda Rights prior to any questioning which he acknowledged he understood and agreed to speak with investigators. During the interview, RUELLAS-GONZALEZ admitted to possessing the firearm which was found within a bedroom in the 4642 Athalia Drive residence. Furthermore, RUELLAS-GONZALEZ stated his wife's name is Wendy RENTERIA and their bedroom is the bedroom at the top of the stairs to the left. Your Affiant knows during the search warrant at the 4642 Athalia Drive residence, investigators located a black handgun in the dresser within this bedroom. Additionally, documentation with Wendy Renteria's name was found within this same bedroom. RUELLAS-GONZALEZ admitted to going to the 6862 Clearhurst Drive apartment in the past but only to pay rent.

9. Your Affiant knows, in 2018 RENTERIA and RUELLAS-GONZALEZ were arrested together by the Drug Enforcement Administration (DEA) in Columbus, Ohio for a drug related offense. In August of 2019, RENTERIA and RUELLAS-GONZALEZ were both convicted of Conspiracy to Possess with Intent to distribute heroin in the Southern District of Ohio, case number 2:19-cr-39. Both felony convictions were punishable by sentences greater than one year imprisonment.

10. Your Affiant knows that both Smith & Wesson and Glock firearms are manufactured outside of the state of Ohio.

11. Based upon my experience and training, your Affiant is aware that the quantity of drugs to include, the fentanyl and other aforementioned evidence located inside the 6862 Clearhurst Drive and 4642 Athalia Drive residence(s) is consistent with a distribution amount and consistent with drug trafficking.

12. Based upon this information, your Affiant believes probable cause exists that on the above date, in the Southern District of Ohio, **Francisco RUELLAS-GONZALEZ** committed violations of Title 21, United States Code (U.S.C) Section 846 – conspiracy to possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, which is a Schedule II controlled substance; and Title 18 United States Code (U.S.C.); and 18 U.S.C. Section 922(g)(1) being a felon in possession of a firearm.

Jacob Smith
Task Force Office
Drug Enforcement Administration

Sworn before me and subscribed in my presence on this  8th   day of March, 2023, in Columbus, Ohio.

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

4